IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cade, Millicent E | Case Number: 07 B 05817 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 1/29/08 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 19, 2007
Confirmed: July 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,270.00 | |
| Secured: | | 1,265.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,828.44 |
| Trustee Fee: | | 176.56 |
| Other Funds: | | 0.00 |
| Totals: | 3,270.00 | 3,270.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,584.00 | 1,828.44 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 11,846.65 | 1,200.00 |
| 5. | Sterling Inc | Secured | 513.85 | 65.00 |
| 6. | American General Finance | Secured | 1,133.94 | 0.00 |
| 7. | Bank Of New York | Secured | 8,665.19 | 0.00 |
| 8. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 2,277.37 | 0.00 |
| 9. | Sterling Inc | Unsecured | 1,091.02 | 0.00 |
| 10. | Pier 1 Imports Inc | Unsecured | 2,349.28 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 426.24 | 0.00 |
| 12. | Federated Retail Holdings Inc | Unsecured | 394.05 | 0.00 |
| 13. | CitiFinancial Auto Credit Inc | Unsecured | 11,335.42 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 691.38 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 721.07 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 1,399.61 | 0.00 |
| 17. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 18. | Cone Management | Unsecured | | No Claim Filed |
| 19. | Exxon Mobil | Unsecured | | No Claim Filed |
| 20. | First Cash Advance | Unsecured | | No Claim Filed |
| 21. | MCYDSNB | Unsecured | | No Claim Filed |
| 22. | TRS Services | Unsecured | | No Claim Filed |
| | | | $ 45,429.07 | $ 3,093.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cade, Millicent E | Case Number: 07 B 05817 |
| | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 4/2/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 176.56 |
| | _____ |
| | $ 176.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

